UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA LEHMAN,

       Plaintiff,

                                    CASE NO. 1:16-CV-06

v.

                                    HON. ROBERT J. JONKER

PECKHAM, INC.,

       Defendant.

_____/

## **ORDER**

       The Court will entertain an appropriate protective order for discovery information under Rule 26(c), but the Court rejects the proposal of the parties (ECF No. 16). A blanket, up front order for filing under seal violates this Court's Local Rules and this Judge's standard practice. It is also contrary to Circuit precedent. *Shane Group, Inc., et al. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299 (6th Cir. 2016); *Rudd Equipment Co., Inc. v. John Deere Construction & Forestry Co.*, \_\_\_ F.3d \_\_\_ (6th Cir. July 27, 2016).

Dated:    August 26, 2016            /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  CHIEF UNITED STATES DISTRICT JUDGE